OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

**9/17/2015**
**KWARTENG, MICHAEL ODURO   Tr. Ct. No. 1365142**

**COA No. 01-13-00908-CR**
**PD-0951-15**

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUST.
HARRIS COUNTY SHERIFF'S OFFICE

MICHAEL ODURO KWARTENG

N3B 77002